ORDER
 

 Considering the Petition for Interim Suspension for Threat of Harm filed by the Office of Disciplinary Counsel, and the response thereto filed by respondent,
 

 IT IS ORDERED that respondent, John Conry, Louisiana Bar Roll number 29807, be and he hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.2, pending further orders of this court.
 

 IT IS FURTHER ORDERED that the Office of Disciplinary Counsel may seek the appointment of a trustee(s) to protect the interests of respondent’s clients pursuant to the provisions of Supreme Court Rule XIX, § 27, if appropriate.
 

 Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately-
 

 FOR THE COURT:
 

 /a/
 
 Bernette J. Johnson
 

 Justice, Supreme Court of Louisiana